UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew Phillips

    v.

NH Circuit Court, 8th Circuit, Family
Division-Keene, et al.

Case No. 20-cv-1033-PB

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 14, 2021, dismiss all of the claims in this case, deny Mr. Phillips's request for a restraining order or other injunctive relief, and direct the clerk to enter judgment and close the case.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                         /s/Paul Barbadoro
                                         _____
                                         Paul Barbadoro
                                         United States District Judge

Date: February 11, 2021

cc: Matthew Phillips, pro se